**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| JERMAINE PERKINSON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:19-cv-19 |
| v. | |
| MARTY ALLEN; TREVONZA BOBBITT; KAYLA LANIER; HEATHER FLOWERS; JACKSON; and CALLAHAN, | |
| Defendants. | |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10). No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's: monetary damages claims against Defendants in their official capacities; deliberate indifference claims against Defendant Allen based on prison attacks; deliberate indifference claims against Defendants Lanier, Flowers, and Jackson for disciplinary actions taken when Plaintiff refused a housing assignment; deliberate indifference claims against Defendants Jackson, Allen, and Bobbitt arising from housing placement near prior assailants; and retaliation claim based on housing placement near prior assailant. The Court **DIRECTS** the Clerk of Court to terminate Allen, Bobbitt, and Jackson as named Defendants upon the record and docket of this case. Plaintiff's Eighth Amendment deliberate indifference to a serious medical need claims against Defendants Callahan, Flowers, and

Lanier remain pending.

**SO ORDERED**, this 18th day of March, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA