AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERMAINE PERKINSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:19-cv-19

KAYLA LANIER; HEATHER FLOWERS; and CALLAHAN

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated June 8, 2020, adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, judgment is hereby entered dismissing Plaintiff's complaint without prejudice and denying Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

June 25, 2020
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03